FILED ✓ _____ LODGED
_____ RECEIVED _____ COPY

SEP 1 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR-18-1236-PHX-DJH-(DMF)

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Jian Zhang,<br><br>　　　　　　Defendant. | **I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Count 1<br><br>18 U.S.C. § 1956(a)(2)(A)<br>(International Money Laundering)<br>Counts 2-6<br><br>18 U.S.C. §§ 981 and 982,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

## COUNT 1
**(Smuggling Goods from the United States)**

Beginning on or about May 29, 2018, and continuing through on or about August 16, 2018, in the District of Arizona and elsewhere, the defendant, JIAN ZHANG, knowingly bought two M4 rifles, two Carl Gustaf M4 recoilless rifles, and six M320 grenade launchers, prior to exportation, knowing them to be intended for exportation without a license contrary to the Arms Export Control Act ("AECA"), Title 22, United States Code, Section 2778, and the International Traffic in Arms Regulations ("ITAR"), Title 22, Code of Federal Regulations, Parts 120, *et seq.*, laws and regulations of the United States.

All in violation of Title 18, United States Code, Sections 554(a).

## COUNT 2
### (International Money Laundering)

On or about July 6, 2018, in the District of Arizona and elsewhere, the defendant, JIAN ZHANG, did knowingly transfer and transmit, and cause the transfer and transmission of, approximately $9,985.00 in United States currency from a place outside of the United States, i.e., the People's Republic of China, to a place inside the United States, i.e., Arizona, with the intent to promote the carrying on of specified unlawful activity, to wit, knowingly smuggling goods from the United States contrary to laws and regulations of the United States, in violation of Title 18, United States Code, Section 554(a).

All in violation of Title 18, United States Code, Section 1956(a)(2)(A).

## COUNT 3
### (International Money Laundering)

On or about July 16, 2018, in the District of Arizona and elsewhere, the defendant, JIAN ZHANG, did knowingly transfer and transmit, and cause the transfer and transmission of, approximately $20,000.00 in United States currency from a place outside of the United States, i.e., the People's Republic of China, to a place inside the United States, i.e., Arizona, with the intent to promote the carrying on of specified unlawful activity, to wit, knowingly smuggling goods from the United States contrary to laws and regulations of the United States, in violation of Title 18, United States Code, Section 554(a).

All in violation of Title 18, United States Code, Section 1956(a)(2)(A).

## COUNT 4
### (International Money Laundering)

On or about July 16, 2018, in the District of Arizona and elsewhere, the defendant, JIAN ZHANG, did knowingly transfer and transmit, and cause the transfer and transmission of, approximately $23,000.00 in United States currency from a place outside of the United States, i.e., the People's Republic of China, to a place inside the United States, i.e., Arizona, with the intent to promote the carrying on of specified unlawful activity, to wit, knowingly smuggling goods from the United States contrary to laws and regulations of the United States, in violation of Title 18, United States Code, Section 554(a).

All in violation of Title 18, United States Code, Section 1956(a)(2)(A).

## COUNT 5
### (International Money Laundering)

On or about August 13, 2018, in the District of Arizona and elsewhere, the defendant, JIAN ZHANG, did knowingly transfer and transmit, and cause the transfer and transmission of, approximately $30,000.00 in United States currency from a place outside of the United States, i.e., the People's Republic of China, to a place inside the United States, i.e., Arizona, with the intent to promote the carrying on of specified unlawful activity, to wit, knowingly smuggling goods from the United States contrary to laws and regulations of the United States, in violation of Title 18, United States Code, Section 554(a).

All in violation of Title 18, United States Code, Section 1956(a)(2)(A).

## COUNT 6
### (International Money Laundering)

On or about August 13, 2018, in the District of Arizona and elsewhere, the defendant, JIAN ZHANG, did knowingly transfer and transmit, and cause the transfer and transmission of, approximately $1,900.00 in United States currency from a place outside of the United States, i.e., the People's Republic of China, to a place inside the United States, i.e., Arizona, with the intent to promote the carrying on of specified unlawful activity, to wit, knowingly smuggling goods from the United States contrary to laws and regulations of the United States, in violation of Title 18, United States Code, Section 554(a).

All in violation of Title 18, United States Code, Section 1956(a)(2)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982; Title 21, United States Code, Sections 853 and 881; and Title 28, United States Code, Section 2461(c); and upon conviction of one or more of the offenses alleged in Counts 1 through 6 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and

interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code Section 2461(c); and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: September 11, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/S/
TODD M. ALLISON
BILL C. SOLOMON
Assistant United States Attorneys